Daniel H. Weiner
Michael D. Tiger
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000 (telephone)
(212) 422-4726 (facsimile)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

DOLPHIN DIRECT EQUITY PARTNERS, LP and RACE CAR SIMULATION CORP.,

                          Plaintiffs,

-vs-

INTERACTIVE MOTORSPORTS AND ENTERTAINMENT CORPORTION, PERFECT LINE, INC., RACE CAR SIMULATORS, INC. and WILLIAM DONALDSON,

                          Defendants.

_____CV_____

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

---

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for plaintiffs, Dolphin Direct Equity Partners, LP ("Dolphin") and Race Car Simulation Corp. ("Race Car Corp."), state the following:

      Dolphin is not a publicly-owned corporation, nor is ten percent or more of the stock of Dolphin owned by a publicly-owned corporation.

      Dolphin owns ten percent or more of the following publicly-owned corporations:

      ACT Teleconferencing, Inc.
      Williams Controls, Inc.
      Tengasco, Inc.
      Southwall Technologies, Inc.

Peoples Educational Holdings, Inc.
First Look Media, Inc.

Race Car Corp. is not a publicly-owned corporation, nor is ten percent or more of the stock of Race Car Corp. owned by a publicly-owned corporation.

Race Car Corp. does not own ten percent or more of any publicly held corporation.

Dated: New York, New York
February 14, 2008

                                                                 Respectfully submitted,

                                                                 HUGHES HUBBARD & REED LLP

                                      By: _____

                                                  Daniel H. Weiner
                                                  (weiner@hugheshubbard.com)
                                                  Michael D. Tiger
                                                  (tiger@hugheshubbard.com)
                                                  One Battery Park Plaza
                                                  New York, N.Y. 10004
                                                  (212) 837-6000 (telephone)
                                                  (212) 422-4726 (facsimile)

                                                  Attorneys for Plaintiff