AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

Southern DISTRICT OF New York

DOLPHIN DIRECT EQUITY PARTNERS,
LP and RACE CAR SIMULATION
CORP.,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

INTERACTIVE MOTORSPORTS AND
ENTERTAINMENT CORPORATION,
PERFECT LINE, INC., RACE CAR
SIMULATORS, INC. and WILLIAM
DONALDSON,

**08 CV 01558**

TO: (Name and address of defendant)

Interactive Motor Sports &
Entertainment Corporation
5624 W. 73rd St.
Indianapolis, IN  46278

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel H. Weiner, Esq.
Michael D. Tiger, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

FEB 1 4 2008

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                    Date                                Signature of Server

                                          _____
                                                     Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
Southern District of New York

**Dolphin Direct Equity Partners**

*against*

**Index # 08CV01558**

**Interactive Motorsports and Entertainment Corporation**

**Affidavit of Service**

I, **Steve Ferguson** being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Indianapolis, Indiana.

That on **February 22, 2008** at **12:47 PM**, deponent served the within named **Summons and Complaint** upon **Interactive Motorsports and Entertainment Corporation**, therein named. Said service was effected at **5624 W. 73rd Street, Indianapolis, IN 46278**, in the following manner;

A domestic/foreign corporation, by delivering thereat a true copy of each to **Ellen Oxley** personally; deponent knew said corporation so served to be the corporation described as **Interactive Motorsports and Entertainment Corporation** and knew said individual to be the **Manager** thereof, an authorized person to accept service of process.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Steve Ferguson, Process Server