| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | CAUSE NO. 08 CV 01558<br>JUDGE BERMAN |

---

DOLPHIN DIRECT EQUITY PARTNERS, )
LP and RACE CAR SIMULATION CORP., )
)
        Plaintiffs, )    RULE 7.1
)    DISCLOSURE STATEMENT
     v. )
)
INTERACTIVE MOTORSPORTS AND )
ENTERTAINMENT CORPORATION, )
PERFECT LINE, INC., RACE CAR )
SIMULATORS, INC. and WILLIAM )
DONALDSON )
)
        Defendants. )

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendants Interactive Motorsports and Entertainment Corporation, ("IMTS"); Perfect Line, Inc., ("Perfect Line"); Race Car Simulators, Inc., ("RCSI") and William Donaldson ("Donaldson") (collectively "Defendants"), certifies that Perfect Line and RCSI are wholly owned subsidiaries of IMTS; that IMTS is a publicly traded Indiana Corporation and that Donaldson owns more than 10% of IMTS.

Respectfully submitted,

GEORGE CACOULIDIS, ESQ., P.C.

By: _____
    George Cacoulidis (GC-6757)

Dated: New York, N.Y.
      March 24, 2008