03/17/08    :10 FAX                    JUDGE_BERMAN                            003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
*Dolphin Direct Equity Partners, LP, et al*
                    Plaintiff(s),                          **Case Management Plan**

            - v -                                          **08** CV. **01558** (RMB)

*Interactive Motorsports and Entertainment Corporation,*
                    Defendant(s).    *et al*
-------------------------------------------------------X

        The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by ____4/25/08_____

(ii)    Amend the pleadings by ____4/18/08_____

(iii)   All discovery to be **expeditiously** completed by___6/30/08___ (FACT + Expert)

(iv)    Consent to Proceed before Magistrate Judge_____

(v)     Status of settlement discussions___Ongoing SEE (xi) below_____

**Sections vi through xi will be set at conference with the Court.**

(vi)    Motions ___SEE COURT'S RULES._____

(vii)   Oral Argument_____

(viii)  Joint Pre-Trial Order to be submitted by_____

(ix)    Final Pre-Trial Conference_____

(x)     Trial ___Parties to Work on Settlement_____

(xi)    Other ___SETTLEMENT CONFERENCE WITH PRINCIPALS 7/7/08 AT 9:00 A.M.___

**SO ORDERED:** New York, New York
                    3/28/08

                                        RMB

                                        Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-28-08