# GEORGE CACOULIDIS
ATTORNEY AT LAW

**MEMO ENDORSED**

April 17, 2008

*APPLICATION GRANTED BUT THE DISCOVERY DEADLINE REMAINS UNCHANGED.*

SO ORDERED:
Date: 4/18/08

Richard M. Berman, U.S.D.J.

Via FedEx

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 650
New York, N.Y. 10007

Re: Dolphin Direct Equity Partners, LP and Race Car Simulation Corp., v.
Interactive Motorsports and Entertainment Corporation, Perfect Line,
Inc., Race Car Simulators, Inc. and William Donaldson. Case No.
08 CV 01558

Dear Judge Berman:

The undersigned appearing on behalf of all Defendants herein requests an extension of time in which to file an amended answer to the complaint in the above matter to April 28, 2008. In accord with such request, please note the following: 1. The original date to file an amended answer per the case management plan is April 18, 2008; 2. a previous request for an adjournment or extension has been made March 13, 2008 and granted by the Court and agreed by Plaintiff 3. Counsel for Plaintiff consents to the foregoing extension date. The foregoing does not affect any scheduled dates, but the parties agree initial disclosures should likewise be extended one week.

Thank you for your consideration of the foregoing. Should there be any questions, I may be reached at the telephone number set forth below or (973) 472-8773, which is a direct dial phone number to my desk.

Very truly yours,

George Cacoulidis

CC: Michael Tiger, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

590 Madison Avenue, 21st Floor, New York, N.Y. 10022
phone: (212) 521-4430   fax: (212) 521-4431   email: George@cacoulidis.com   web: www.cacoulidis.com