16. Defendants acted in accordance with the Performance Guarantee, the Most Favored Nations clause and the Non-Competition clauses of the Agreements relative to the RLB agreement, which the Plaintiffs were fully aware of and acquiesced in the conduct of the Defendants.

WHEREFORE, The Defendants request (a) that nothing be taken by way of the Complaint, (b) that Plaintiffs be held strictly to their proofs, including without limitation (i) a violation by the Defendants of the Agreements, (ii) waiver and (iii) damages, (c) that The Defendants be awarded reasonable attorneys' fees and costs as the prevailing party under the Agreement, or otherwise, and (d) for any other relief for the Defendants as is correct, equitable and proper.

Respectfully submitted,

GEORGE CACOULIDIS, ESQ., P.C.

By: _____
George Cacoulidis (GC-6757)

590 Madison Avenue
21st Floor
New York, New York 10022
(212)521-4430
FAX (212)521-4431
Counsel for the IMTS; Perfect Line;
RCSI and Donaldson Defendants.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following by United States mail, first class, postage prepaid, this 28th day of April, 2008.

HUGHES HUBBARD & REED LLP
ATTENTION: DANIEL H. WINER
AND MICHAEL TIGER
ONE BATTERY PLAZA
NEW YORK, N.Y. 10004
ATTORNEYS FOR PLAINTIFFS
DOLPHIN DIRECT EQUITY PARTNERS,
LP and RACE CAR SIMULATION CORP.

_____
George Cacoulidis