UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DOLPHIN DIRECT EQUITY PARTNERS, LP, et al.,

                                 Plaintiffs,

       -against-

INTERACTIVE MOTORSPORTS AND
ENTERTAINMENT CORP., et al.,

                              Defendants.
-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

ORDER OF REFERENCE TO
A MAGISTRATE JUDGE

08 CIVIL 1558 (RMB) (DFE)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

_____ Specific Non-Dispositive Motion/Dispute:*
_____
_____
_____

_____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:
_____

_____ Habeas Corpus

_____ Social Security

_____ Settlement*

_____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All Such Motions: _____

_____ Inquest After Default/Damages Hearing

---

\*   Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
       June 19, 2008



_____
**RICHARD M. BERMAN, U.S.D.J.**