Hughes Hubbard

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/08

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

June 25, 2008




BY MAIL

Honorable Richard M. Berman
United States District Courthouse
500 Pearl Street, Room 650
New York, New York 10007

Re: *Dolphin Direct Equity Partners, LP, et al. v. Interactive Motorsports and Entertainment Corp., et al.*, 08-CV-01558 (RMB)

MEMO ENDORSED p. 2

Dear Judge Berman:

We represent plaintiffs Dolphin Direct Equity Partners, LP and Race Car Simulation Corp. in the above-captioned action, and submit this letter to request an adjournment of the currently scheduled July 7, 2008 settlement conference.

On June 23, 2008, Magistrate Judge Pitman held a hearing on plaintiffs' motion to compel defendants' production of discovery responses to plaintiffs' first and second sets of requests for production of documents and interrogatories. Judge Pitman ordered that plaintiffs produce all discovery responses to plaintiffs by June 30, 2008 under threat of sanctions pursuant to Fed. R. Civ. P. 37. Judge Pitman also extended the deadline to complete discovery in this action until July 31, 2008 and moved the deposition of William Donaldson, the sole individual defendant and the chief executive officer of the three corporate defendants, originally noticed for June 25, 2008, to July 14, 2008.

Moreover, as the Court is aware, defendants' counsel, George Cacoulidis, has moved to withdraw as counsel. The Court has denied Mr. Cacoulidis' motion pending defendants' securing substitute counsel. Mr. Cacoulidis has represented that such replacement counsel is imminent.

Based on the foregoing, we request an adjournment of the July 7, 2008 settlement conference to a date in July of the Court's convenience after the July 14, 2008 deposition of William Donaldson. Defendants' counsel consents to this request and the parties have made no prior requests for adjournment of this date.

Thank you for your consideration.

Respectfully submitted,

Michael Tiger

MT:vlg

cc: George Cacoulidis

Application granted. Conference adjourned to 7/15/08 at 11:30 a.m.

SO ORDERED:
Date: 6/27/08

Richard M. Berman, U.S.D.J.