USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-10-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

DOLPHIN DIRECT EQUITY
PARTNERS, LP, et al.,

              Plaintiffs,      08 Civ. 1558 (RMB)(HBP)

   -against-

                                ORDER

INTERACTIVE MOTORSPORTS AND
ENTERTAINMENT CORPORATION,
et al.,

              Defendants.

-----------------------------------X

       PITMAN, United States Magistrate Judge:

       A tape-recorded conference call having been held on this date during which issues concerning defendants' compliance with my June 25, 2008 Order were discussed, for the reasons stated on the recording of the conference, it is hereby ORDERED that:

       1.  Defendant is directed to complete its production in response to Items 5 and 6 of plaintiffs' document request forthwith.

       2.  If documents responsive to Items 5 and 6 are not produced in sufficient time for plaintiffs' counsel to make reasonable use of those documents at the deposition of Mr. Donaldson currently scheduled for July 14, 2008, plaintiff will have the right to recall Mr. Donaldson for the continuation of his deposition

with respect to documents that were not produced in a timely manner.

Dated: New York, New York
       July 10, 2008

SO ORDERED

*[signature]*
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Michael D. Tiger, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York  10004-1482

George Cacoulidis, Esq.
21st Floor
590 Madison Avenue
New York, New York  10022

Mario DeMarco, Esq.
8 South Main Street
Port Chester, New York 10573

2